THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CASPER HOLSTEIN, Appellant.

(Submitted June 5, 1936; decided July 8, 1936.)

*Samuel Segal* for appellant.

*William Copeland Dodge, District Attorney (Ambrose J. Delehanty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

INTERNATIONAL MUTOSCOPE REEL CO., INC., et al., Appellants, *v.* LEWIS J. VALENTINE, Individually and as Police Commissioner of the City of New York, Respondent.

(Submitted June 5, 1936; decided July 8, 1936.)

Motion to amend remittitur denied. (See 271 N. Y. 622.)